```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
   KATHIE SABATO, et al.,            )
11                                   )    2:06-cv-2563-GEB-KJM
                       Plaintiffs,   )
12                                   )
        v.                           )    ORDER
13                                   )
   MERCK & COMPANY, INC.; and        )
14 MCKESSON CORPORATION,             )
                                     )
15                     Defendants.   )
                                     )
16
```

17          On December 20, 2006, Plaintiffs and Defendant Merck &
18 Company, Inc. ("Merck") filed a "Stipulation and Proposed Order
19 Staying Proceedings Pending Transfer to Vioxx MDL No. 1657"
20 ("Stipulation") in which they "request that all proceedings be stayed"
21 since Merck has "requested . . . this action [be transferred] to the
22 multidistrict litigation known as In re Vioxx Products Liability
23 Litigation, MDL No. 1657 . . . ."  (Stipulation at 1.)
24          The Stipulation was not signed by all the parties named in
25 this action.  However, since Merck "expects . . . a conditional
26 transfer order that includes this case [to issue] in the next few
27 weeks[,]" judicial economy is served by staying the proceedings.
28 (Id.)  Therefore, this action is stayed pending decision on whether

1  this case will be transferred to MDL Proceeding No. 1657 in the
2  Eastern District of Louisiana; except Merck shall file a status report
3  no later than February 5, 2007, in which it explains only the status
4  of its effort to transfer this action to MDL-1657.
5       IT IS SO ORDERED.
6  Dated:  December 28, 2006

                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

2